```
_____ FILED _____ LODGED
                  _____ RECEIVED
           Nov 4 2010
        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMANDA K. CARD,<br><br>    Defendant. | Case No.   CR10-5734<br><br>INFORMATION<br><br>(Misdemeanor) |

The United States Attorney charges that:

### COUNT I

On or about September 17, 2010, at Joint Base Lewis-McChord, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, AMANDA K. CARD did take and carry away with intent to steal and purloin, personal property not her own, of a value less than one thousand dollars.

All in violation of Title 18, United States Code, Sections 7 and 661.

### COUNT II

On or about September 17, 2010, at Joint Base Lewis-McChord, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, AMANDA K. CARD knowingly and unlawfully entered the premises of another.

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, Washington 98433-9500
(253) 477-1905  – (253) 477-1919 Fax
jblmforscomicorpssjasausa@conus.army.mil

All in violation of Title 18, United States Code, Sections 7 and 13, and R.C.W. 9A.52.080 (criminal trespass in the second degree).

DATED this 4th day of November, 2010.

JENNY A. DURKAN
United States Attorney

*[signature]*

PATRICK J. REGAN
Special Assistant United States Attorney

INFORMATION - Page 2
United States v. AMANDA K. CARD

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, Washington 98433-9500
(253) 477-1905 – (253) 477-1919 Fax
jblmforscomicorpssjasausa@conus.army.mil